**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-6706**

———————————

KELLY TENTION,

Plaintiff - Appellant,

versus

E. J. MELVIN, Lee County Sheriff; DARLENE
MILLER, Lee County Sheriff's Deputy; LEN
BLAKNEY, Lee County Sheriff's Deputy; UNKNOWN
SUBJECTS, in their official, individual or
personal capacities,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  G. Ross Anderson, Jr., District
Judge.  (CA-05-315-13BD)

———————————

Submitted:  September 27, 2005      Decided:  September 30, 2005

———————————

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kelly Tention, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelly Tention, a South Carolina prisoner, appeals the district court's order adopting the recommendation of a magistrate judge and dismissing his 42 U.S.C. § 1983 (2000) action for failure to state a claim. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Tention v. Melvin</u>, CA-05-315-13BD (D.S.C. Apr. 6, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

- 2 -